JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LATOSHIA ANN THOMPSON** and CHYONTELLE MARCIA MCGINNIS, <br><br>Plaintiffs, <br><br>v. <br><br>SOUTHERN CALIF. REPRODUCTIVE CENTER, DR. SHAHIN GHADIR M.D., THE CITY OF LOS ANGELES & MAYOR GARCETTI, DPSS, HOMELESS SERVICES AUTHORITY, LAPD, LAFD, LASD, RAPS, BOARD OF FIRE COMMISSIONERS, METROPOLITAN TRANSIT AUTHORITY (MTA), DOWNTOWN WOMEN'S CENTER, ANGEL JONES, and SHANE MURPHY GOLDSMITH as Commissioner of the City of LA Police Board, <br><br>Defendants. | No. LA CV 17-07206-VBF-SS <br><br> **FINAL JUDGMENT** |

Pursuant to this Court's contemporaneously issued Order Dismissing the Action <u>With</u> Prejudice, **final judgment is hereby entered in favor of all the defendants and against all plaintiffs.**

Dated: Friday, October 13, 2017

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE